# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of )
INFORMATION ASSOCIATED WITH **OMEGLE** )
**ACCOUNT WITH COOKIE ID JSDY9Z4U** ) Case No.   4:21 MJ 349 DDN
THAT IS STORED AT PREMISES CONTROLLED )
BY OMEGLE.COM LLC ) **FILED UNDER SEAL**
)
) SIGNED AND SUBMITTED TO THE COURT FOR
) FILING BY RELIABLE ELECTRONIC MEANS

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of   Washington

### SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before   December 29, 2021   *(not to exceed 14 days)*
  in the daytime 6:00 a.m. to 10:00 p.m.   XX   at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory   David D. Noce   .
*(United States Magistrate Judge)*

❏   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ❏ for _____ days *(not to exceed 30)*     ❏ until, the facts justifying, the later specific date of _____.

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date and Time issued:   **December 16, 2021, at 11:28 a.m.**     /s/   **David D. Noce**
                                                                     *Judge's signature*

City and State:   St. Louis, Missouri         Honorable David D. Noce, U.S. Magistrate Judge
                                               *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>4:21 MJ 349 DDN | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

*Executing officer's signature*

*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Omegle account associated with Gregory Ortlip, Cookie ID JSDY9Z4U that is stored at premises owned, maintained, controlled, or operated by Omegle.com LLC, a company headquartered at 906 West 2nd Ave, STE 100, Spokane, WA 99201.

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be Disclosed by Omegle**

To the extent that the information described in Attachment A is within the possession, custody, or control of Omegle, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Omegle, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Omegle is required to disclose the following information to the government, in unencrypted form whenever available, for each account or identifier listed in Attachment A:

    a) All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    b) The types of service utilized by the user;

    c) All records or other information stored by an individual using the account, such as, primary records to include texts and videos, chat logs saved by user, chat

history metadata to include phone records and IP addresses used to send/receive, webcam moderation snapshots;

d) Port number and time stamp;

e) ID Cookie assigned for identification of subscriber.

**II. Information to be Seized by the Government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Sections 2251(a) (sexual exploitation of children), 2252A (certain activities relating to material constituting or containing child pornography), 2422 (coercion and enticement of a minor) and/or 1470 (transfer of obscene material to a minor) ("target offenses") for each account or identifier listed on Attachment A, information pertaining to the following matters:

a) Records, data, images, videos, communications, items or information relating to the commission of the target offenses;

b) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

c) The identity of the person(s) who communicated with the user ID about matters relating to child pornography, including records that help reveal their whereabouts;

d) Evidence indicating the user's state of mind as it relates to the target offenses;

19

e) Evidence indicating how, when, and where the account was accessed or used, to determine the chronological and geographic context of account access, use and events relating to the crimes under investigation and the account subscriber, including to identify times and dates photographs and/or videos were taken;

f) Passwords and encryption keys and other access information that may be necessary to access the account or identifier listed on Attachment A and other associated accounts.

### III. Means of Production by Omegle

Omegle shall disclose responsive data, if any, in electronic format by sending to Federal Bureau of Investigation, ATTN: TFO Jeremy L. Weadon 3065 William Street, Suite 404, Cape Girardeau, Missouri, 63701 using the United States Postal Service or another courier service

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by Instagram, LLC, and my title is _____.  I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.  I state that the records attached hereto are true duplicates of the original records in the custody of Instagram, LLC.  The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**.  I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Instagram, LLC, and they were made by Instagram, LLC as a regular practice; and

    b.    such records were generated by Instagram, LLC's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Instagram, LLC in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by Instagram, LLC, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____      _____
Date      Signature