UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION ASSOCIATED WITH **OMEGLE ACCOUNT WITH COOKIE ID JSDY9Z4U** THAT IS STORED AT PREMISES CONTROLLED BY OMEGLE.COM LLC | )<br>)<br>)<br> | 4:21 MJ 349 DDN<br><br>**FILED UNDER SEAL** |

SIGNED AND SUBMITTED TO THE COURT FOR
FILING BY RELIABLE ELECTRONIC MEANS

## MOTION FOR SEALING ORDER

COMES NOW the United States of America, by and through its attorneys the United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, and moves this Court for an order directing that the search warrant, along with its application, affidavit, and return, entered by this Court be sealed until June 8, 2022, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying search-warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the search warrant, along with its application, affidavit, and return, be sealed until June 8, 2022.

Dated this ___16th___ day of December, 2021.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


_/s/Jillian Anderson_____
JILLIAN ANDERSON, #53918MO
Assistant United States Attorney