AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

## Return

| Case No.: 4:21 MJ 349 DDN | Date and time warrant executed: 12-16-21 @ 1330 | Copy of warrant and inventory left with: SUBMITTED VIA EMAIL |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

SUBMITTED TO OMEGLE VIA EMAIL PER THEIR LAW ENFORCEMENT GUIDE. I ANTICPATE ELECTRONIC RECORDS IN THE NEAR FUTURE

On December 16, 2021, this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it.  /s/ David D. Noce, U.S. Magistrate Judge, E. D. Mo., December 16, 2021.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-16-21

Executing officer's signature

Jeremy L. Weadon  TFO
Printed name and title